1  ROBIN L. KLOMPARENS (State Bar No. 127966)
   Email: rklomparens@wkblaw.com
2  IRINA ROSPOTNYUK (State Bar No. 293719)
   Email: irina@wkblaw.com
3  **WAGNER KIRKMAN BLAINE**
   **KLOMPARENS & YOUMANS LLP**
4  10640 Mather Blvd., Suite 200
   Mather, California 95655
5  Telephone:   (916) 920-5286
   Facsimile:   (916) 920-8608
6

7  Attorneys for Defendants and Cross-Complainants
   KELSEY RANDAZZO and WHITNEY RANDAZZO

8  ANDREA M. MILLER [SBN: 88992]
   **NAGELEY, MEREDITH & MILLER, INC.**
9  8801 Folsom Boulevard, Suite 172
   Sacramento, CA  95826
10 Telephone No:  (916) 386-8282
   Facsimile No:   (916) 386-8952
11 amiller@nmlawfirm.com

12 Attorneys for Defendant and
   Cross-Complainant DENNIS PLESSAS
13

14 KATHY J. HUANG [SBN 240677]
   **REED SMITH LLP**
15 355 S. Grand Avenue, Ste. 2900
   Los Angeles, CA 90071
16 Telephone No.  (213) 457-8000
   Facsimile No.:   (213) 457-8080
17 khuang@reedsmith.com

18 Attorneys for Plaintiff MINNESOTA LIFE INS. CO.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINNESOTA LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>DENNIS PLESSAS, an Individual; KELSEY RANDAZZO, an Individual; WHITNEY RANDAZZO, and Individual And Does 1 through 10, inclusive,<br><br>    Defendants. | Case No.:  2:14-cv-02434-GEB-EFB<br><br>**ORDER CONTINUING SETTLEMENT CONFERENCE** |

{15066.00000 / 00906741.DOCX.1 }     1

JOINT STIPULATION TO CONTINUE SETTLEMENT CONFERENCE

1  Having considered the parties' Joint Stipulation to Continue the Settlement Conference,
2  the court hereby grants the parties' stipulation and continues the settlement conference in this
3  matter previously scheduled for April 30, 2015 to June 18, 2015 at 10:00 a.m. in Courtroom
4  No. 8.

5  DATED: April 16, 2015.

6  _____
   EDMUND F. BRENNAN
   UNITED STATES MAGISTRATE JUDGE

