ANDREA M. MILLER [SBN: 88992]
**NAGELEY, MEREDITH & MILLER, INC.**
8801 Folsom Boulevard, Suite 172
Sacramento, CA  95826
Telephone No:  (916) 386-8282
Facsimile No:   (916) 386-8952

BLANE A. SMITH [SBN: 96795]
**FARMER SMITH & LANE, LLP**
3620 American River Drive, Suite 218
Sacramento, CA  95864
Telephone No:  (916) 679-6565
Facsimile No:   (916) 679-6575

Attorneys for Defendant/Cross-Complainant DENNIS PLESSAS

ROBIN L. KLOMPARENS [SBN: 127966]
**WAGNER KIRKMAN BLAINE KLOMPARENS & YOUMANS LLP**
10640 Mather Boulevard, Suite 200
Mather, California 95655
Telephone No.: (916) 920-5286
Facsimile No.:  (916) 920-8608

Attorneys for Defendants/Cross-Complainants KELSEY RANDAZZO & WHITNEY RANDAZZO

KATHY J. HUANG [SBN 240677]
**REED SMITH LLP**
355 S. Grand Avenue, Suite 2900
Los Angeles, California 90071
Telephone No: (213) 457-8000
Facsimile No.: (213) 457-8080

Attorneys for Plaintiff MINNESOTA LIFE INS. CO.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINNESOTA LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>DENNIS PLESSAS, an Individual; et al.,<br><br>Defendants.<br><br>**AND ALL RELATED CROSS ACTIONS.** | **Case No.:  2:14-cv-02434-GEB-EFB**<br><br>**STIPULATION AND (~~PROPOSED~~) ORDER TO MOVE SETTLEMENT CONFERENCE CURRENTLY SET FOR JUNE 18, 2015** |

1  The parties in the above-captioned matter, through their counsel of record, hereby
2  seek an order moving the Settlement Conference currently set for June 18, 2015, to a
3  date in July 2015 that is convenient to the Court on the grounds that they have reached a
4  tentative settlement of the matter and expect that they will seek final orders and dismissal
5  before the newly set Settlement Conference date.

Dated:  June 3, 2015                **NAGELEY, MEREDITH & MILLER, INC.**

/s/ Andrea M. Miller
By_____
ANDREA M. MILLER
Attorneys for Defendant and
Cross-Complainant DENNIS PLESSAS

Dated:  June 4, 2015                **WAGNER KIRKMAN BLAINE KLOMPARENS & YOUMANS LLP**

/s/ Robin L. Klomparens
By_____
ROBIN L. KLOMPARENS
Attorneys for Defendants/Cross-Complainants
KELSEY RANDAZZO & WHITNEY RANDAZZO

Dated:  June 3, 2015                **REED SMITH LLP**

/s/ Kathy J. Huang
By_____
KATHY J. HUANG
Attorneys for Plaintiff
MINNESOTA LIFE INSURANCE COMPANY

## ORDER

The Court, having read and considered the foregoing Stipulation by the counsel for the parties to Continue the Settlement Conference, hereby grants the parties' stipulation and continues the settlement conference in this matter previously scheduled for June 18, 2015 to July 16, 2015 at 10:00 a.m. in Courtroom No. 8.

Dated:  June 10, 2015

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE