UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINNESOTA LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>DENNIS PLESSAS, an Individual; KELSEY RANDAZZO, an Individual; WHITNEY RANDAZZO, and Individual And Does 1 through 10, inclusive,<br><br>        Defendants. | Case No.: 2:14-cv-02434<br><br>**STIPULATION AND ORDER DISBURSING INTERPLEADED FUNDS AND DISMISSING ACTION WITH PREJUDICE** |

    The Plaintiff-In-Interpleader and the all claimants to the interpleaded funds have settled their dispute and hereby stipulate the Court may enter the following order.

DATED: June 16, 2015                  REED SMITH LLP

                                                    By:  /s/ Kathy Huang [Authorized 6/16/15]
                                                              Kathy Huang
                                                  Attorneys for Plaintiff MINNESOTA LIFE INSURANCE COMPANY

/ / /

/ / /

/ / /

/ / /

ON BEHALF PARTIES TO SETTLEMENT AGREEMENT AMONG DEFENDANTS/CLAIMANTS

DATED: June 19, 2015

WAGNER KIRKMAN BLAINE KLOMPARENS & YOUMANS LLP

By: /s/ Robin L. Klomparens
Robin L. Klomparens
Attorneys for defendants/claimants in interpleader KELSEY RANDAZZO and WHITNEY RANDAZZO

Dated: June 12, 2015

/s/ Lawrence E. Fahn [Authorized 6/12/15]
Lawrence E. Fahn
Attorney for defendants/claimants in interpleader KELSEY RANDAZZO and WHITNEY RANDAZZO

Dated: June 15, 2015

NAGELEY, MEREDITH & MILLER, INC.

By: /s/ Andrea M. Miller [Authorized 6/15/15]
Andrea M. Miller
Attorneys for defendant/claimant in interpleader DENNIS PLESSAS

ORDER DISBURSING INTERPLEADED FUNDS AND DISMISSING ACTION WITH PREJUDICE

Pursuant to the Stipulation of the Parties, the Court enters the following order:

The Complaint-In-Interpleader and Cross-Claims are dismissed with prejudice.

The Clerk shall disburse the Interpleaded Funds on deposit with the Court as follows:

1. $7,000.00 shall be paid to Minnesota Life Insurance Company as reimbursement of its interpleader costs and attorneys' fees, by check made payable to "Minnesota Life Insurance Company" and delivered to Kathy J. Huang, Reed Smith LLP, 355 S. Grand Avenue, Suite 2900, Los Angeles, CA 90071.

2. $20,000 to Nageley, Meredith & Miller Inc. to be transmitted to Nageley, Meredith & Miller, Inc., Attn: Andrea Miller, 8801 Folsom Boulevard, Suite 172, Sacramento, CA 95826.

3.   The remainder and all accrued interest, except for the Court's registry fee, which is automatically deducted as a portion of the interest earned on the deposited principal as prescribed by a Judicial Conference directive, are to be disbursed to Wagner Kirkman Blaine Klomparens & Youmans LLP to be transmitted to Wagner Kirkman Blaine and Klomparens & Youmans LLP, Attn. Robin Klomparens, 10640 Mather Boulevard, Suite 200, Mather, CA  95655.

Dated:  June 23, 2015



_____
GARLAND E. BURRELL, JR.
Senior United States District Judge